UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

v. Case No. 25-cv-226-LM-AJ

Devon Ayer

ORDER

After due consideration of the objections filed, I herewith approve with one modification the Report and Recommendation ("R&R") of Magistrate Judge Andrea K. Johnstone dated October 27, 2025. The only modification is the date the full filing fee is due as described below. I have also considered the endorsed order of Magistrate Judge Andrea K. Johnstone dated September 17, 2026, denying Mr. Griffin's request to reconsider (doc. 11). Mr. Griffin's claims in this case do not relate to his prior injury at the Northern NH Correctional Facility, and the fact that he was assaulted while serving a previous sentence does not mean that he is presently under threat of imminent harm. Mr. Griffin has failed to demonstrate that the court's finding in the R&R, that he was not entitled to an exception to § 1915(g)'s three strikes bar, was based on a manifest error of fact or law LR 7.2(d).

The July 7, 2025 Order (doc. 3) granting Mr. Griffin in forma pauperis status in this case is vacated. Mr. Griffin's motion for in forma pauperis status (doc. 2) is denied under 28 U.S.C. § 1915(g).

Mr. Griffin is directed to pay the full filing fee of $402 ($350 filing fee plus $52 administrative fee) no later than October 19, 2026. If Mr. Griffin fails to pay the full filing fee, the court may dismiss this case without prejudice.

______________________________
Landya B. McCafferty
United States District Judge

Date: September 24, 2026

cc: John R. Griffin, Jr., pro se